424 A.2d 552

Commonwealth v. Cummings, Appellant.

Submitted March 15, 1978. H. Stanley Rebert, Assistant Public Defender, for appellant; Joseph H. Kleinfelter, Assistant District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

The judgment of sentence of the lower court is hereby affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.

424 A.2d 552

Commonwealth v. Daniel, Appellant.

Submitted December 8, 1978. Frank J. Marcone, for appellant; Dolores Troiani, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

The judgment of sentence of the lower court is hereby affirmed.